IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OTERRA A/S and OTERRA, LLC,<br><br>  Plaintiffs<br><br> v.<br><br>WILD FLAVORS, INC. and ARCHER-DANIELS-MIDLAND CO.,<br><br>  Defendants. | C.A. No. 23-1376-JHS<br><br>**JURY TRIAL DEMANDED** |
| WILD FLAVORS, INC.,<br><br>  Counterclaim Plaintiff,<br><br> v.<br><br>OTERRA A/S and OTERRA, LLC,<br><br>  Counterclaim Defendants. | |

**DECLARATION OF THATCHER A. RAHMEIER IN SUPPORT OF
WILD FLAVORS, INC. AND ARCHER-DANIELS-MIDLAND CO.'S
<u>OPENING CLAIM CONSTRUCTION BRIEF</u>**

1

I, Thatcher A. Rahmeier, hereby declare and state as follows:

1.  I am an attorney at the law firm of Faegre Drinker Biddle & Reath LLP, counsel for Wild Flavors, Inc. and Archer-Daniels-Midland Co. in the above-captioned action. I am over 18 years of age, and I am admitted to practice in this District. This declaration is made on my personal knowledge and belief, and I could and would testify competently as to the contents if called as a witness. I submit this declaration in support of Wild Flavors, Inc. and Archer-Daniels-Midland Co.'s Opening Claim Construction Brief, filed contemporaneously herewith.

2.  Attached hereto as **Exhibit 1** is a true and correct color version of a corresponding production document numbered ADMWILD_00001020, which is available at https://www.adm.com/en-us/news/adm-stories/how-adm-naturally-sources-blue-coloring-from-a-little-known-south-american-fruit/.

3.  Attached hereto as **Exhibit 2** is a true and correct color version of a corresponding production document numbered ADMWILD_00001086-ADMWILD_00001101, which is available at https://www.regulations.gov/document/FDA-2020-C-2131-0004.

4.  Attached hereto as **Exhibit 3** is a true and correct color version of a corresponding production document numbered ADMWILD_00001038-ADMWILD_00001039, which is available at https://ecofloracares.com/en/importance-of-blue/.

5.  Attached hereto as **Exhibit 4** is a true and correct color version of a corresponding production document numbered ADMWILD_00001040-ADMWILD_00001042, which is available at https://ecofloracares.com/en/home/.

6.  Attached hereto as **Exhibit 5** is a true and correct color version of a corresponding production document numbered ADMWILD_00001046-ADMWILD_00001047, which is available at

https://assets.ctfassets.net/v9fghxna4yaf/5E26F0O9TBagzIDifJBxxb/b79cfda34e3f8ed045cbaf79938082ee/Jungle-Blue_O23007G-EN_Low.pdf.

      7.      Attached hereto as **Exhibit 6** is a true and correct color version of a corresponding production document numbered ADMWILD_00001049-ADMWILD_00001050, which is available at https://oterra.com/article/oterra-and-ecoflora-join-forces.

      8.      Attached hereto as **Exhibit 7** is a true and correct color version of a corresponding production document numbered ADMWILD_00001051-ADMWILD_00001052, which is available at https://oterra.com/article/true-blue-we-go-to-the-ends-of-the-earth-to-meet-your-natural-color-needs.

      9.      Attached hereto as **Exhibit 8** is a true and correct color version of a corresponding production document numbered ADMWILD_00001053-ADMWILD_00001056, which is available at https://oterra.com/jagua-fruit-deep-dive?cta=true&type=material&name=jagua_fruit.

      10.      Attached hereto as **Exhibit 9** is a true and correct color version of a corresponding production document numbered ADMWILD_00001057-ADMWILD_00001058, which is available at https://oterra.com/jungle-blue.

      11.      Attached hereto as **Exhibit 10** is a true and correct color version of a corresponding production document numbered ADMWILD_00001045, which is available at https://www.adm.com/globalassets/products--services/human-nutrition/products/colors/huito_new_infogr_final1_kelly-newsome-2.pdf.

      I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief and that this declaration was executed this 10th day of March 2025, in Wilmington, Delaware.

Date: March 10, 2025  /s/ *Thatcher A. Rahmeier*
Thatcher A. Rahmeier (No. 5222)