IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRCT OF DELAWARE

| | |
|---|---|
| OTERRA A/S and OTERRA, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>WILD FLAVORS, INC. and ARCHER-DANIELS-MIDLAND CO.,<br><br>Defendants. | CIVIL ACTION<br>NO. 23-1376 |

**ORDER**

**AND NOW**, this 2nd day of November 2026, upon consideration of the Report and Recommendation of the Special Master dated October 19, 2026 (Doc. No. 308), to which no objections were filed, it is **ORDERED** that the Report and Recommendation (Doc. No. 308) is **APPROVED** and **ADOPTED**. It is further **ORDERED** that:

1. Plaintiffs Oterra A/S and Oterra, LLC (collectively, "Oterra")'s Motion for Leave to Supplement Final Invalidity Contentions (Doc. No. 227) is **DENIED**.
2. Oterra's Motion for Summary Judgment (Doc. No. 229) is **DENIED in part** as to all invalidity theories that were not disclosed in Oterra's Final Invalidity Contentions (Doc. No. 142), including:
    a. recapture theories under 35 U.S.C. § 251 based on pH;
    b. indefiniteness theories under 35 U.S.C. § 112 based on the term "about";
    c. enablement challenges under 35 U.S.C. § 112 based on pH;
    d. obviousness theories under 35 U.S.C. § 103 based on previously undisclosed prior art; and
    e. "original patent" theory under 35 U.S.C. § 251.

3. Defendants Wild Flavors, Inc. and Archer Daniels-Midland Co. (collectively, "Wild Flavors")'s Motion to Strike Oterra's New Invalidity Theories from its Summary Judgment Motion (Doc. No. 250) is **DENIED** as moot.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.